Rebecca Jones, Rebecca P. Jones, Attorney at law PC, San Diego, CA, for Defendant-Appellant

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

MEMORANDUM **

Artemio Gonzalez-Andrade appeals from the district court's judgment and challenges his jury-trial conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gonzalez-Andrade contends that the district court erred in failing to give a voluntary intoxication instruction sua sponte. As Gonzalez-Andrade acknowledges, we re-

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

view this claim for plain error. *See United States v. Bear*, 439 F.3d 565, 568 (9th Cir. 2006). Because the trial transcript does not reflect an evidentiary basis to conclude that Gonzalez-Andrade was intoxicated, much less sufficiently intoxicated as to be unable to form the specific intent to enter the United States, the district court did not plainly err in failing to give the instruction. *See United States v. Fejes*, 232 F.3d 696, 702 (9th Cir. 2000); *see also United States v. Washington*, 819 F.2d 221, 225 (9th Cir. 1987) (district court did not err in failing to instruct on voluntary intoxication when testimony established that defendant's behavior during the offense was inconsistent with intoxication).

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Nazario MARQUEZ-FLORES, a.k.a. Nazario Flores Marquez, a.k.a. Nazario Marquez Flores, a.k.a. Nazario Marquez-Florez, Defendant-Appellant.**

**Nos. 16-10284, 16-10298**

United States Court of Appeals,
Ninth Circuit.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted May 8, 2017 *

Filed May 11, 2017

William G. Voit, Attorney, Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Nazario Marquez-Flores, Pro Se

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Nazario Marquez-Flores appeals the 24-month sentence imposed following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the consecutive 18-month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Marquez-Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Marquez-Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988),

discloses no arguable grounds for relief in these direct appeals.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

